In the Matter of VALENTINE J. McMANUS, Appellant. TREASURER OF THE CITY OF NEW YORK et al., Respondents.

Argued February 27, 1940; decided March 12, 1940.

*Thomas J. Brennan, Jr.,* for appellant.

*George M. Mulligan, Lester T. O'Connor* and *Joseph H. Praetz* for Emigrant Industrial Savings Bank, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.